J. B. Hicks, of Phenix City, for appellant.

A. A. Carmichael, Atty. Gen., and Robt. F. Park and Clarence M. Small, Asst. Attys. Gen., for the State.

RICE, Judge.

Affirmed on authority of Mote v. State, ante, p. 68, 180 So. 110.

189 So. 925

**Robert YEATMAN, Jr., v. CITY OF HUNTSVILLE.**

**8 Div. 793.**

Court of Appeals of Alabama.
May 18, 1939.

PER CURIAM.

Appeal dismissed for want of prosecution.

189 So. 925

**Bunt YOUNG v. STATE.**

**8 Div. 805.**

Court of Appeals of Alabama.
May 23, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

176 So. 927

**Edward, alias Bunt, YOUNG v. STATE.**

**8 Div. 615.**

Court of Appeals of Alabama.
Oct. 26, 1937.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

181 So. 927

**Sam YOUNG v. STATE.**

**8 Div. 672.**

Court of Appeals of Alabama.
June 7, 1938.

Newton B. Powell, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal abated upon death of appellant.